UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                CASE NO: 8:22-cr-407-SDM-JSS

NEUKENYA JOKINES
                                                         /

**ORDER**

Neukenya Jokines moves (Doc. 291) unopposed to continue the trial from the September 2023 trial calendar to the November 2023 trial calendar. Because defense counsel requires additional time to negotiate a plea agreement , the ends of justice outweigh the interests of the defendant and of the public in a speedy trial. The unopposed motion to continue (Doc. 291) is **GRANTED**, and the trial is continued to the November 2023 trial calendar. The time from today through December 3, 2023 is "excludable time" under 18 U.S.C. § 3161(h).

ORDERED in Tampa, Florida, on July 28, 2023.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE